IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHELBY and SANDRA LUMAN,
BRYON KEITH and TINA HANEY,
RONNIE and MARY MCDONALD,
ALLSTATE INSURANCE CO., and
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY                                                           PLAINTIFFS

v.                              Case No. 6:18-cv-6113

FCA USA LLC                                                                  DEFENDANT

# ORDER

Before the Court is a Joint Motion for Dismissal. ECF No. 30. The parties move the Court for an order dismissing with prejudice all claims in this case. The parties state that "the captioned matter has been amicably resolved." ECF No. 30. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITH PREJUDICE**. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 9th day of October, 2019.

                                                  /s/ Susan O. Hickey
                                                Susan O. Hickey
                                                Chief United States District Judge